No. 03–435. LEONARD v. UNIVERSITY OF DELAWARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–436. ELDRIDGE v. GIBSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–438. VAN ALSTINE v. CITY OF PALM DESERT, CALIFORNIA, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–443. ALLERGAN, INC., ET AL. v. ALCON LABORATORIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–446. LIPIN v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–448. HILAIRE v. JEFF BRYAN REMODELING, INC. Sup. Ct. N. H. Certiorari denied.

No. 03–450. RODRIGUEZ v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 03–452. NWOKE v. BENNEWITZ. C. A. 7th Cir. Certiorari denied.

No. 03–453. VIPPERMAN v. CONCHA ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–455. RAHMAN v. CITTERIO U. S. A. CORP. C. A. 3d Cir. Certiorari denied.

No. 03–457. ALAMEDA FILMS, S. A., ET AL. v. AUTHORS RIGHTS RESTORATION CORP., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–460. LAUDUMIEY ET AL. v. LOUISIANA ATTORNEY DISCIPLINARY BOARD. Sup. Ct. La. Certiorari denied.

No. 03–462. LEMPERT v. REPUBLIC OF KAZAKHSTAN, MINISTRY OF JUSTICE. C. A. D. C. Cir. Certiorari denied.

No. 03–463. BEELER v. ROUNSAVALL ET AL. C. A. 5th Cir. Certiorari denied.